**Electronically Filed
Supreme Court
SCWC-15-0000569
02-FEB-2017
09:08 AM**

SCWC-15-0000569

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

ALBERT BATALONA,
Petitioner-Respondent/Petitioner-Appellant,

vs.

STATE OF HAWAI‘I,
Respondent-Petitioner/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000569; S.P.P. NO. 10-1-0096; CR. NO. 99-1549)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner-Respondent/Petitioner-Appellant Albert Batalona's Application for Writ of Certiorari, filed on December 19, 2016, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai‘i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai‘i, February 2, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

